DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **(Rural Development)** <br><br> **Plaintiff,** <br><br> v. <br><br> **JUAN C. SOTO, SR. and LUZ E. SOTO,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 2019-0038 |

**Attorneys:**

**Angela P. Tyson-Floyd, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

## ORDER ENTERING CONSENT JUDGMENT

THIS MATTER comes before the Court on the Motion to Enter Consent Judgment as to Juan C. Soto filed by Plaintiff, United States of America, and Defendant Juan C. Soto ("J. Soto") (Dkt. No. 13). The proposed Consent Judgment of Foreclosure as To Defendant J. Soto is attached to the Motion (Dkt. No. 13-1) and has been reviewed by the Court.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the Motion to Enter Consent Judgment as to Juan C. Soto (Dkt. No. 13) is **GRANTED**; and it is further

**ORDERED** that the "Consent Judgment of Foreclosure as to Defendant Juan C. Soto" (Dkt. No. 13-1) is **ACCEPTED** and entered as the **JUDGMENT** of the Court as to Defendant J. Soto; and it is further

**ORDERED** that the "Consent Judgment of Foreclosure as to Defendant Juan C. Soto" (Dkt. No. 13-1) does not affect Plaintiff's claims against Defendant Luz E. Soto.

**SO ORDERED.**

Date:   February 16, 2022

_____/s/_____
WILMA A. LEWIS
District Judge