DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> (RURAL DEVELOPMENT), ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUAN C. SOTO, SR. and LUZ E. SOTO, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 2019-0038 |

**Attorney:**
**Angela P. Tyson-Floyd, Esq.**
St. Croix, U.S.V.I.
   *For Plaintiff United States of America (Rural Development)*

## ORDER CLOSING CASE

**UPON CONSIDERATION** of the Judgment and Order entered on June 3, 2023 (Dkt. No. 40); the Order confirming the Marshal's Sale of the subject Property entered on March 21, 2024 (Dkt. No. 48); and because there is nothing further for the Court's adjudication in the above-captioned case, it is hereby

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**; and it is further

**ORDERED** that the Clerk of Court is directed to provide a copy of this Order to Defendants Juan C. Soto, Sr. and Luz E. Soto by certified mail, return receipt requested.

**SO ORDERED.**

Date:   September 30, 2024                    _____/s/_____
                                                                      WILMA A. LEWIS
                                                                      District Judge